

**GRANTED WITH COMMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Tamara S. Russell**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Jul 22 2011  9:48AM MDT**
**Filing ID: 38834654**
**Review Clerk: Beth B**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY<br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | ▲ Court Use Only ▲ |
| **Case No. 2010CV4988, Division 4**<br>CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership;<br>Plaintiff,<br>v.<br>GAROLD B. KRAFT (d.b.a. EXOTIC MOTORS), an individual.<br>Defendant. | Case Number:<br>2010CV4988<br><br>Division/ Courtroom:   4 |
| **AND** | |
| **Case No. 2010CV5138, Division 3**<br>BANK OF CHOICE, a Colorado corporation;<br>Plaintiff,<br>v.<br>CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership; and RANDOLPH CURRIER, an individual;<br>Defendants/Third Party Plaintiffs<br>v.<br>GOLDEN APPRAISAL SERVICES, LLC, a Colorado limited liability company; GAROLD B. KRAFT, an individual; VAL SIMONE, an individual; and ERIC TUERS, an individual;<br>Third Party Defendants. | |
| **ORDER RE: <u>STIPULATED</u> MOTION TO CONTINUE TRIAL** | |

THE COURT, having reviewed the parties' <u>Stipulated</u> Motion to Continue Trial, and being fully advised of the premises, does hereby GRANT the Stipulation and hereby FINDS that good cause exists to continue the upcoming trial on August 16, 2011.  Therefore, the Court ORDERS that the trial in this matter is hereby VACATED.

SO ORDERED this _____ day of July, 2011.

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Tamara Russell |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 38712889 |
| **Current Date:** | Jul 22, 2011 |
| **Case Number:** | 2010CV4988 |
| **Case Name:** | CROSSROADS COMMERCIAL CENTER LTD vs. KRAFT, GAROLD B et al |
| **Court Authorizer:** | Tamara Russell |

**Court Authorizer Comments:**

Please contact Division 4 clerk, Julie Dynes, (303.217.6140) within 15 days to set a brief Case Management Hearing to re-set trial and to discuss issues concerning consolidation of the cases.

**/s/ Judge Tamara Russell**