| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br><br>Court Address:   100 Jefferson County Parkway<br>Golden, CO 80401<br>(303) 271-6145 | <span style="color:red">**EFILED Document**<br>**CO Jefferson County District Court 1st JD**<br>**Filing Date: Mar 17 2011 11:57AM MDT**<br>**Filing ID: 36533038**<br>**Review Clerk: Beth B**</span> |
| **Plaintiff(s): CROSSROADS COMMERCIAL CENTER, LTD., a Colorado limited liability limited partnership** | ▲ COURT USE ONLY ▲ |
| **Defendant(s):  GAROLD B. KRAFT d/b/a EXOTIC MOTORS** | Case Number:  10CV4988<br><br>Div.: 4      Ctrm.: 5C |
| **ORDER TO MEDIATION** | |

This Matter comes before the Court on its own review of the case.

The parties are **ordered** to submit this case to mediation.  The parties are **ordered** to schedule the mediation with a mediator of their choice and to submit to the Court the name of the mediator and the date of the scheduled mediation within 30 days of the date of this order. Mediation is to take place at least **30 days** prior to trial.

**SO ORDERED** March 17, 2011.


BY THE COURT:


_____
TAMARA S. RUSSELL
District Court Judge