

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Tamara S. Russell**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Jul 21 2011  1:43PM MDT
Filing ID: 38819851
Review Clerk: Beth B

---

District Court, County of Jefferson, State of Colorado
Court Address: 100 Jefferson County Pkwy, Golden, CO 80401
Court Telephone: 303-271-6145

Plaintiff: **CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership**,
v.
Defendant: **GAROLD B. KRAFT (d.b.a. EXOTIC MOTORS), an individual;**
and
Plaintiff: **BANK OF CHOICE, a Colorado corporation,**
v.
Defendants: **CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH CURRIER, an individual**,
v.
Third-Party Defendants: **GOLDEN APPRAISAL SERVICES, LLC, a Colorado limited liability company, GAROLD B. KRAFT, an individual, VAL SIMONE, an individual, and ERIC TUERS, an individual.**

**COURT USE ONLY**

Case No: **2010CV4988**

Division: 4

## [PROPOSED] ORDER TERMINATING RECEIVERSHIP AND DISCHARGING RECEIVER

THIS MATTER comes before the Court upon the Motion to Terminate Receivership and Discharge Receiver. The Court has reviewed the Motion and the file, and is fully advised in the premises. Therefore, good cause appearing, the Court finds and orders as follows:

1. The Receiver, Tammy Lindsay, of Tammy Lindsay, Receiver, LLC, has managed the Property, as defined in the Order Appointing Receiver, in accordance with this Court's orders, has filed periodic and final reports with the Court, and has otherwise faithfully discharged her duties as Receiver.

2. The Receiver has paid the expenses of operating the Property and has accounted for the receipt and expenditure of proceeds for operations of the Property. The Receiver is relieved from filing any additional reports with the Court.

3. The Receiver's Final Report is accepted, and in particular, the Receiver is authorized to pay fees and reimburse expenses to herself as set forth in the Final Report in the amount of $4099.50. For this purpose, this Court finds these fees to be necessary and reasonable, awards

final compensation to the Receiver in the amount of $4099.50, and orders Bank of Choice to promptly pay this amount to Receiver in satisfaction of this obligation.

4.      The actions of the Receiver are hereby confirmed, ratified, accepted, and approved.

5.      The Receiver is hereby released and discharged of any further responsibility, duty, or liability to any person or entity with respect to any matter associated with the Receivership of the Property arising under this Court's orders, any statute, rule, regulation, at law or in equity.

6.      The Receivership is hereby terminated.

Done this _____ day of _____, 2011.

BY THE COURT

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Tamara Russell |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 38453011 |
| **Current Date:** | Jul 21, 2011 |
| **Case Number:** | 2010CV4988 |
| **Case Name:** | CROSSROADS COMMERCIAL CENTER LTD vs. KRAFT, GAROLD B et al |
| **Court Authorizer:** | Tamara Russell |

**Court Authorizer Comments:**

No Response filed.

**/s/ Judge Tamara Russell**