

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_____
**Tamara S. Russell**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Aug 25 2011 8:37AM MDT
Filing ID: 39478066
Review Clerk: Beth B

District Court, County of Jefferson, State of Colorado
Court Address: 100 Jefferson County Pkwy, Golden, CO 80401
Court Telephone: 303-271-6145

**Plaintiff: CROSSROADS COMMERCIAL CENTER, LTD., LLLP**, a Colorado limited liability limited partnership,

v.

**Defendant: GAROLD B. KRAFT (d.b.a. EXOTIC MOTORS)**, an individual;

and

**Plaintiff: BANK OF CHOICE**, a Colorado corporation,

v.

**Defendants: CROSSROADS COMMERCIAL CENTER, LTD., LLLP**, a Colorado limited liability limited partnership, **and RANDOLPH CURRIER**, an individual,

v.

**Third-Party Defendants: GOLDEN APPRAISAL SERVICES, LLC**, a Colorado limited liability company, **GAROLD B. KRAFT**, an individual, **VAL SIMONE**, an individual, and **ERIC TUERS**, an individual.

▲COURT USE ONLY▲

Case No: **2010CV4988**

Division: **4**

### ORDER SUBSTITUTING FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BANK OF CHOICE AND STAYING PROCEEDINGS FOR NINETY (90) DAYS

THE COURT, having reviewed the Motion to Substitute Federal Deposit Insurance Corporation, As Receiver for Bank of Choice, For Bank of Choice And to Stay Proceedings Pursuant to 12 U.S.C. § 1821(d)(12), noting that said motion is unopposed, having reviewed the status of this matter and being fully advised therein, GRANTS SAID MOTION and FINDS AS FOLLOWS:

1. On July 22, 2011 the Colorado Division of Banking declared Bank of Choice insolvent and appointed the Federal Deposit Insurance Corporation ("FDIC") as the receiver for Bank of Choice, which appointment the FDIC accepted.

2. As a result of this appointment, the FDIC-R has succeeded to "all rights, titles, powers and privileges of Bank of Choice and make "take over the assets of and operate" Bank of Choice with all the powers thereof. 12 U.S.C. § 1821(d)(2)(A)(i) and 12 U.S.C. § 1821(d)(2)(B)(i). This includes the resolution of outstanding claims against Bank of Choice. 12 U.S.C. § 1821(d)(3).

3. By virtue of the FDIC's acceptance of the appointment as receiver for Bank of Choice, and the FDIC's succession to all rights, titles, powers and privileges of Bank of Choice, including resolution of Garold B. Kraft's claims against Bank of Choice in these proceedings, the FDIC, as receiver for Bank of Choice, is the real party in interest in this action as contemplated by Rule 25(c), C.R.C.P.

4. Pursuant to 12 U.S.C. § 1821(d)(12)(A)(ii), Congress has provided that the FDIC, as receiver for Bank of Choice, may request an initial stay, for as long as ninety (90) days, of this judicial action. Pursuant to 12 U.S.C. § 1821(d)(12)(B), Congress has provided that in response to any such request, this Court must enter a ninety (90) day stay as to all parties in this judicial action.

IT IS THEREFORE ORDERED that the Federal Deposit Insurance Corporation, as receiver for Bank of Choice, is hereby substituted as the real party in interest for Bank of Choice.

IT IS FURTHER ORDERED that that proposed amended caption proffered for the Court's consideration by the Federal Deposit Insurance Corporation, as receiver for Bank of Choice, and attached to said party's motion as Exhibit D, shall hereinafter be the accepted case caption for this action.

IT IS FURTHER ORDERED that these proceedings be stayed for a period of ninety (90) days from the entry of this Order.

Dated: _____   BY THE COURT:

_____
District Court Judge Tamara S. Russell

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Tamara Russell |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 39065556 |
| **Current Date:** | Aug 25, 2011 |
| **Case Number:** | 2010CV4988 |
| **Case Name:** | CROSSROADS COMMERCIAL CENTER LTD vs. KRAFT, GAROLD B et al |
| **Court Authorizer:** | Tamara Russell |

**/s/ Judge Tamara Russell**