

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



Jane Tidball
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Feb 10 2011 2:00PM MST
Filing ID: 35880304
Review Clerk: Beth B

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Phone: (303) 271-6145<br>Fax:    (303) 582-3112 | |
| **Plaintiff:** BANK OF CHOICE, a Colorado corporation,<br>v.<br>**Defendants:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH G. CURRIER, an individual. | ▲ COURT USE ONLY ▲ |
| | Case No.: 2010 CV 5138<br><br>Div.: 3        Ctrm: 4F |
| **ORDER RE: MOTIONS HEARING FEBRUARY 9, 2011** | |

The Court held an in chambers telephonic motions hearing in the above-captioned case on February 9, 2011, at 1:15 p.m., to resolve Defendants' Second Motion for Extension of Time and Defendants' Motion to Compel both dated February 7, 2011. The Court, having reviewed the briefing, heard the arguments, and being fully advised in the premises, enters the following findings and orders:

The Court FINDS:

(a) Additional time is necessary for the Parties to resolve their discovery disputes and Defendants' Motion to Compel is unripe; and

(b) Defendants' have shown good cause for a second extension of time to respond to Plaintiff's Motion for Summary Judgment.

The Court ORDERS:

(a) Defendant's Second Motion for Extension of Time is GRANTED. Defendants' deadline to file a summary judgment response shall extend up to and include February 24, 2011. **There shall be no additional extensions**.

(b) The Court DENIES Defendants' Motion to Compel. The Parties shall use their best efforts to coordinate the production of appropriate documents.

IT IS FURTHER ORDERED that Defendants shall file their Motion for Leave to Amend (if any) by no later than February 24, 2011. Plaintiff's Response (if any) shall be due no later than March 10, 2011, and Defendants' Reply to the same (if any) shall be due no later than

March 15, 2011.

DATED this 9th day of February, 2011.

BY THE COURT:

_____
Jane A. Tidball
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 35864342 |
| **Current Date:** | Feb 10, 2011 |
| **Case Number:** | 2010CV5138 |
| **Case Name:** | BANK OF CHOICE vs. CROSSROADS COMMERCIAL CENTER LTD LLLP et al |
| **Court Authorizer:** | Jane A Tidball |

**/s/ Judge Jane A Tidball**