

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



**Jane Tidball**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Apr 5 2011 4:51PM MDT**
**Filing ID: 36873922**
**Review Clerk: Luz R**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Phone: (303) 271-6145 | |
| **Plaintiff:** BANK OF CHOICE, a Colorado corporation,<br><br>**v.**<br><br>**Defendants:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH G. CURRIER, an individual. | ▲ COURT USE ONLY ▲ |
| | Case No.: 2010 CV 5138<br><br>Div.: 3    Ctrm: 4F |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ADMISSIONS

THIS MATTER having come before the Court on Defendants' Unopposed Motion to Withdraw Admissions, and having reviewed the pleadings and being fully advised in the premises, hereby FINDS:

(a) Defendants' ability to address the merits of the action will be subserved if Defendants' Admissions were to be presumed admitted; and

(b) Plaintiff will not be prejudiced by maintaining his action or defense on the merits.

IT IS THEREFORE ORDERED that Defendants presumptive admissions are withdrawn and the Court hereby enters the substance of the admissions served upon Plaintiff.

Dated: April ____, 2011.        BY THE COURT:

_____
Jane A. Tidball
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 36820494 |
| **Current Date:** | Apr 05, 2011 |
| **Case Number:** | 2010CV5138 |
| **Case Name:** | BANK OF CHOICE vs. CROSSROADS COMMERCIAL CENTER LTD LLLP et al |
| **Court Authorizer:** | Jane A Tidball |

**/s/ Judge Jane A Tidball**