

| GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |



**Jane Tidball**
**Jefferson District Court Judge**
~~DATE OF ORDER INDICATED ON ATTACHMENT~~

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Apr  8 2011  3:25PM MDT**
**Filing ID: 36947073**
**Review Clerk: Beth B**

---

DISTRICT COURT, JEFFERSON COUNTY,
STATE OF COLORADO

100 Jefferson County Parkway
Golden, Colorado 80401
Phone: (303) 271-6145

**Plaintiff:**  BANK OF CHOICE, a Colorado corporation,

**v.**

**Defendants:**  CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH G. CURRIER, an individual.

▲ COURT USE ONLY ▲

Case No.:  2010 CV 5138

Div.: 3          Ctrm: 4F

---

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINGENT LEAVE TO AMEND

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Contingent Leave to Amend, and having reviewed the pleadings and being fully advised in the premises, hereby ORDERS:

(a)     Defendants shall be allowed to amend its answer because justice so requires; and

(b)     Defendants have 15 calendar days from the date of the foreclosure sale in Jefferson County Foreclosure No. J1003353 to assert a bad faith deficiency defense.

Dated:  April ____, 2011.          BY THE COURT:

_____
Jane A. Tidball
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 36926929 |
| **Current Date:** | Apr 08, 2011 |
| **Case Number:** | 2010CV5138 |
| **Case Name:** | BANK OF CHOICE vs. CROSSROADS COMMERCIAL CENTER LTD LLLP et al |
| **Court Authorizer:** | Jane A Tidball |

**/s/ Judge Jane A Tidball**