

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Tamara S. Russell**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Apr 28 2011  1:28PM MDT**
**Filing ID: 37297950**
**Review Clerk: Elena Gomez**

---

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Phone:   (303) 271-6145 | |
| **Plaintiff:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership,<br><br>v.<br><br>**Defendant:** GAROLD B. KRAFT (d.b.a. EXOTIC MOTORS), an individual, *et al.* | ▲ COURT USE ONLY ▲ |
| | Case No.:  2010 CV 4988<br><br>(consolidated with 10 CV 5138)<br><br>Div.:  4          Ctrm:  5C |

**ORDER GRANTING UNNOPPOSED MOTION TO AMEND CAPTION**

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Amend the Caption and the Court, having reviewed the pleadings and being fully advised thereof, hereby FINDS good cause for amending the caption, and ORDERS the caption in this case should be amended to read as follows:

**Plaintiff:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership,

v.

**Defendant:** GAROLD B. KRAFT (d.b.a. EXOTIC MOTORS), an individual;

and

**Plaintiff:** BANK OF CHOICE, a Colorado corporation,

v.

**Defendants**: CROSSROADS COMMERCIAL

| | |
|---|---|
| CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH CURRIER, an individual,<br><br>v.<br><br>**Third-Party Defendants:** GOLDEN APPRAISAL SERVICES, LLC, a Colorado limited liability company, GAROLD B. KRAFT, an individual, VAL SIMONE, an individual, and ERIC TUERS, an individual. | |

Dated: April 26, 2011

                                                                                 BY THE COURT:

                                                                                 Tamara Russell
                                                                                 District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Tamara Russell |
| **File & Serve Transaction ID:** | 37259118 |
| **Current Date:** | Apr 29, 2011 |
| **Case Number:** | 2010CV4988 |
| **Case Name:** | CROSSROADS COMMERCIAL CENTER LTD vs. KRAFT, GAROLD B et al |
| **Court Authorizer:** | Tamara Russell |

**Court Authorizer Comments:**

Order Signed 4-28-2011

**/s/ Judge Tamara Russell**