**GRANTED** The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



**Jane Tidball**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Mar 17 2011 1:22PM MDT
Filing ID: 36537107
Review Clerk: Beth B

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Phone: (303) 271-6145<br>Fax: (303) 582-3112 | |
| **Plaintiff:** BANK OF CHOICE, a Colorado corporation,<br>v.<br>**Defendants:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH G. CURRIER, an individual. | ▲ COURT USE ONLY ▲ |
| | Case No.: 2010 CV 5138<br><br>Div.: 3     Ctrm: 4F |

## ORDER GRANTING ENTRY OF SURREPLY

THIS MATTER having come before the Court on Defendants' Motion for Leave to File a Surreply and having reviewed the pleadings and being fully advised in the premises hereby FINDS:

(a) Plaintiff has asserted new arguments in its Reply in Support of its Motion for Summary Judgment in which rebuttal should be allowed; and, THEREFORE,

(b) Defendants are granted leave to file a surreply;

IT IS ORDERED,

(c) Defendants' Summary Judgment Surreply is hereby entered as a record in this Court.

DATED this __ day of March, 2011.          BY THE COURT:

_____
Jane A. Tidball
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 36496408 |
| **Current Date:** | Mar 17, 2011 |
| **Case Number:** | 2010CV5138 |
| **Case Name:** | BANK OF CHOICE vs. CROSSROADS COMMERCIAL CENTER LTD LLLP et al |
| **Court Authorizer:** | Jane A Tidball |

**/s/ Judge Jane A Tidball**