

**GRANTED WITH COMMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



Jane Tidball
Jefferson District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

<span style="color:red">**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Jan 27 2011 3:16PM MST**
**Filing ID: 35627153**
**Review Clerk: Beth B**</span>

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Phone: (303) 271-6145<br>Fax: (303) 582-3112 | |
| **Plaintiff:** BANK OF CHOICE, a Colorado corporation,<br><br>v.<br><br>**Defendants:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH G. CURRIER, an individual. | |
| | ▲ COURT USE ONLY ▲<br><br>Case No.: 2010 CV 5138<br><br>Div.: 3    Ctrm: 4F |
| **ORDER** | |

THIS MATTER, having come before the Court on Defendants' Verified Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and the Court, having reviewed the pleadings and being fully advised thereof, hereby FINDS Defendants have shown good cause for the extension requested and GRANTS Defendants' Motion. The Court therefore ORDERS:

The deadline for Defendants' Response to Plaintiff's Motion for Summary Judgment shall be extended up to and including March 22, 2011.

Dated: January 21, 2011

BY THE COURT:

_____
Jane A. Tidball
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 35522192 |
| **Current Date:** | Jan 27, 2011 |
| **Case Number:** | 2010CV5138 |
| **Case Name:** | BANK OF CHOICE vs. CROSSROADS COMMERCIAL CENTER LTD LLLP et al |
| **Court Authorizer:** | Jane A Tidball |

**Court Authorizer Comments:**

Defendants will have 15 calendar days from the date of this Order to file their response to Plaintiff's Motion for Summary Judgment.

**/s/ Judge Jane A Tidball**