

**DENIED WITH COMMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



**Jane Tidball**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Apr 14 2011 12:01PM MDT**
**Filing ID: 37041591**
**Review Clerk: Beth B**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Phone: (303) 271-6145<br>Fax:    (303) 582-3112 | |
| **Plaintiff:** BANK OF CHOICE, a Colorado corporation,<br><br>v.<br><br>**Defendants:** CROSSROADS COMMERCIAL CENTER, LTD., LLLP, a Colorado limited liability limited partnership, and RANDOLPH G. CURRIER, an individual. | ▲ COURT USE ONLY ▲ |
| **Attorneys for Defendants:**<br>ANTON LAW GROUP, LLC<br>Damon M. Semmens (Reg. No. 37023)<br>225 East Sixteenth Avenue, Suite 690<br>Denver, Colorado 80203<br>Phone: (720) 536-4600<br>Fax:    (720) 536-4601<br>Email: dms@antonlaw.com | Case No.:  2010 CV 5138<br><br>Div.: 3      Ctrm: 4F |

## MOTION FOR CONSOLIDATION

Defendants, Crossroads Commercial Center, Ltd., LLLP, and Mr. Randolph G. Currier, by and through their attorney, Damon M. Semmens, Esq., of the Anton Law Group, LLC, pursuant to C.R.C.P. 42, respectfully moves for an Order consolidating Civil Action No. 2010 CV 4988 into the action captioned above.  As grounds therefore, Defendants state as following:

<u>Rule 121 § 15 Certification</u>:  The undersigned spoke with Mr. Kraft's counsel, John Lobus, Esq. (counsel in action 2010 CV 4988).  Mr. Kraft opposes this consolidation.  Conferral with Plaintiff's counsel was unnecessary as Plaintiff has already opposed Defendants' request to amend their counterclaims.

1.     On or about October 20, 2010, Defendant Crossroads Commercial Center, Ltd., LLLP (acting as plaintiff) commenced Civil Action No. 2010 CV 4988 against Defendant Garold B. Kraft (d.b.a. Exotic Motors).

2.     On or about October 27, 2010, Plaintiff commenced this action against Defendants Crossroads Commercial Center, Ltd., LLLP, and Randolph G. Currier.

3. Through discovery, Defendants have come to understand the cases are related. Specifically, in their Amended Counterclaims, Defendants allege the leases at issue in case 2010 CV 4988 were a part of a larger scheme orchestrated by Plaintiff to induce Defendants into certain loan agreements at issue in this case.

4. Both civil actions therefore involve common issues of fact and law, and there are common parties to both actions. Consolidation of these actions would be more efficient and economical for both the Court and the parties.

5. Pursuant to C.R.C.P. § 121 1-8, a motion shall be determined by the court in the case first filed, **unless otherwise ordered by the court.**

6. Defendants request a special order merging case 2010 CV 4988 into the case at hand. The instant case is by far the most dominant case of the two and has already been established in a manner that accounts for the claims in both cases. It would therefore be more efficient for case 2010 CV 4988 to be merged into these proceedings than for these proceedings to be merged into case 2010 CV 4988, which is a simplified procedure action.

7. Both cases are in the early stages of discovery and the parties to each case are intimately familiar to the parties and relevant facts involved in the other case. Therefore, no party will be prejudiced by a consolidation of the two matters.

WHEREFORE, Defendants pray this court issue an order consolidating case 2010 CV 4988, into this action, 2010 CV 5138, and for such additional relief as the Court deems just and proper.

Respectfully submitted this 24th day of February, 2011.

*Original signature on file in the law offices of Anton Law Group, LLC, per C.R.C.P. Rule 121 § 1-26(9)*

*/s/ Damon M. Semmens, Esq.*
Damon M. Semmens (Reg. No. 37023)
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of February, 2011, a true and correct copy of the foregoing **MOTION FOR CONSOLIDATION** as served electronically via LexisNexis File & Serve to the following:

Shannon Lyons, Esq.
Michael C. Payne, Esq.
Brent Coan, Esq.
Otis, Coan & Peters, LLC
1812 56th Avenue, 2nd Floor
Greeley, Colorado 80634
*Attorneys for Plaintiff Bank of Choice*

John A. Lobus, Esq.
The Law Firm of John A. Lobus, P.C.
710 Kipling Street, #402
Lakewood, Colorado 80215
*Attorney for Garold Kraft*

*Original signature on file at the law offices of Anton Law Group, LLC*

_____

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 36138185 |
| **Current Date:** | Apr 14, 2011 |
| **Case Number:** | 2010CV5138 |
| **Case Name:** | BANK OF CHOICE vs. CROSSROADS COMMERCIAL CENTER LTD LLLP et al |
| **Court Authorizer:** | Jane A Tidball |

**Court Authorizer Comments:**

Denied as MOOT.

**/s/ Judge Jane A Tidball**