**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02286-REB-CBS

CROSSROADS COMMERCIAL CENTER, LTD., LLP,

    Plaintiff,

v.

GAROLD B. KRAFT, d/b/a EXOTIC MOTORS,

    Defendant and Third-Party Plaintiff,

v.

VAL SIMONE,
ERIC TUERS,
RANDOLPH G. CURRIER, and
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Bank of Choice,

    Third-Party Defendants.

**ORDER DISMISSING THIRD-PARTY DEFENDANTS ERIC TUERS AND
FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BANK OF
CHOICE, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice of Third-Party Defendants Eric Tuers and Federal Deposit Insurance Corporation, as Receiver For Bank of Choice** [#62][1] filed April 23, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the claims of third-party plaintiff Garold B. Kraft against third-party defendants Eric Tuers and Federal Deposit Insurance Corporation, as Receiver for Bank of Choice, should be dismissed

---

[1] "[#62]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulation For Dismissal With Prejudice of Third-Party Defendants Eric Tuers and Federal Deposit Insurance Corporation, as Receiver For Bank of Choice** [#62] filed April 23, 2012, is **APPROVED**;

2. That the claims of third-party plaintiff Garold B. Kraft against third-party defendants Eric Tuers and Federal Deposit Insurance Corporation, as Receiver for Bank of Choice, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That third-party defendants Eric Tuers and Federal Deposit Insurance Corporation, as Receiver for Bank of Choice, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 24, 2012, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge