**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02286-REB-CBS

CROSSROADS COMMERCIAL CENTER, LTD., LLP,

    Plaintiff and Counterclaim Defendant,

v.

GAROLD B. KRAFT, d/b/a EXOTIC MOTORS,

    Defendant/Counterclaimant and Third-Party Plaintiff,

v.

RANDOLPH G. CURRIER,

    Counterclaim Defendant,

VAL SIMONE, and
GOLDEN APPRAISAL SERVICES, LLC,

    Third-Party Defendants.

**ORDER DISMISSING THIRD-PARTY DEFENDANT
GOLDEN APPRAISAL SERVICES, LLC, ONLY**

**Blackburn, J.**

    The matter is before me on the **Notice of Dismissal of Third-Party Defendant Golden Appraisal Services, LLC** [#66][1] filed July 24, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that the claims of the third-party plaintiff, Garold B. Kraft, d/b/a Exotic Motors, against third-party defendant Golden Appraisal Services, LLC should be dismissed.

---

[1] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Third-Party Defendant Golden Appraisal Services, LLC** [#66] filed July 24, 2012, is **APPROVED**;

2. That the claims of the third-party plaintiff Garold B. Kraft d/b/a Exotic Motors against third-party defendant Golden Appraisal Services LLC are **DISMISSED**; and

3. That third-party defendant Golden Appraisal Services LLC is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 25, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

Robert E. Blackburn
United States District Judge