IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-02286-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: November 15, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                              *Counsel:*

CROSSROADS COMMERCIAL CENTER,           Damon Michael Semmens
LTD., LLLP.,

     Plaintiff,

v.

GAROLD B. KRAFT,                                         James A. Halpin
                                                                             Stephan George Pavlik
     Defendant,

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in Session:       10:05 a.m.**
Court calls case.  Appearances of counsel.

Counsel review the proposed final pretrial order with the court.  The court advises the parties that after reviewing this proposed final pretrial order, it would like to set a further final pretrial conference.

Discussion between the court and the parties regarding the plaintiff's Partial MOTION for Summary Judgment (Docket No. 64, filed on 6/15/2012) and the plaintiff's MOTION to Strike Kraft Affidavit (Docket No. 75, filed on 8/28/2012).  Plaintiff's counsel would like to withdraw these motions.  The court grants this oral motion.

**ORDERED:**   The plaintiff's Partial MOTION for Summary Judgment (Docket No. 64, filed on 6/15/2012) and the plaintiff's MOTION to Strike Kraft Affidavit (Docket No. 75, filed on 8/28/2012) shall both be **WITHDRAWN**.

Continued discussion regarding the proposed final pretrial order.

**ORDERED:**   A further Final Pretrial Conference is set for **November 27, 2012 at 11:30 a.m.** The parties shall file a proposed final pretrial order (and also email an editable

      version to Shaffer_Chambers@cod.uscourts.gov) **no later than noon on November 26, 2012**.

HEARING CONCLUDED.

**Court in recess:**   **10:34 a.m.**
Total time in court:   00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.