**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02286-REB-CBS

CROSSROADS COMMERCIAL CENTER, LTD., LLP,

    Plaintiff,

v.

GAROLD B. KRAFT, d/b/a EXOTIC MOTORS,

    Defendant/Third-Party Plaintiff,

v.

VAL SIMONE, and
RALPH G. CURRIER,

    Third-Party Defendants.

## ORDER OF PARTIAL DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss All Claims Between Plaintiff Crossroads Commercial Center, Ltd, LLLP, Defendant Garold B. Kraft and Third-Party Defendant Randolph G. Currier** [#87][1] filed November 30, 2012. After reviewing the motion and the record, I conclude that the motion should be granted; that plaintiff's claims against defendant Garold B.Kraft, d/b/a Exotic Motors should be dismissed with prejudice; that Kraft's counterclaims against plaintiff Crossroads should be dismissed with prejudice; and that third-party plaintiff Kraft's claims against third-party defendant Currier should be dismissed with prejudice.

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulated Motion To Dismiss All Claims Between Plaintiff Crossroads Commercial Center, Ltd, LLLP, Defendant Garold B. Kraft and Third-Party Defendant Randolph G. Currier** [#87] filed November 30, 2012, is **GRANTED**;

2. That the claims of plaintiff Crossroads Commercial Center, Ltd., LLLP against defendant Garold B.Kraft, d/b/a Exotic Motors are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay their or its own attorney fees and costs;

3. That the counterclaims of defendant Garold B. Kraft's d/b/a Exotic Motors against plaintiff Crossroads Commercial Center, Ltd., LLLP are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay their or its own attorney fees and costs;

4. That the claims of third-party plaintiff Garold B. Kraft's d/b/a Exotic Motors against third-party defendant Randolph G. Currier are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

5. That plaintiff Crossroads Commercial Center, Ltd., LLLP, Garold B.Kraft, d/b/a Exotic Motors, and Randolph G. Currier are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated December 4, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge