**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02286-REB-CBS

CROSSROADS COMMERCIAL CENTER, LTD., LLLP,

    Plaintiff,

v.

VAL SIMONE,

    Defendant;

and

GAROLD B. KRAFT,

    Third-Party Plaintiff,

v.

VAL SIMONE,

    Third-Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss Claim By Third-Party Plaintiff Garold B. Kraft Against Third-Party Defendant Val Simone** [#101][1] filed December 20, 2012. After reviewing the motion and the record, I conclude that the motion should granted, and that the claims asserted by third-party plaintiff, Garold B. Kraft, against third-party defendant, Val Simone, should be dismissed with prejudice.

---

[1] "[#101]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Claim By Third-Party Plaintiff Garold B. Kraft Against Third-Party Defendant Val Simone** [#101] filed December 20, 2012, is **GRANTED**;

2. That the claims asserted by third-party plaintiff, Garold B. Kraft, against third-party defendant, Val Simone, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That third-party plaintiff, Garold B. Kraft, and third-party defendant, Val Simone are **DROPPED** as named parties to this action, and the case caption is amended accordingly.[2]

Dated December 21, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] Notwithstanding, Val Simone continues to be identified as the defendant in this action.