**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02286-REB-CBS

CROSSROADS COMMERCIAL CENTER, LTD., LLLP,

      Plaintiff,

v.

VAL SIMONE,

      Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror**

**Questionnaire** shall be given to and completed by each prospective juror reporting for

service in the trial of this case.

      Dated December 21, 2012 at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge