**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02286-REB-CBS

CROSSROADS COMMERCIAL CENTER, LTD., LLLP,

    Plaintiff,

v.

VAL SIMONE,

    Defendant.

---

**FINAL JUDGMENT**

---

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with all orders entered previously in this case; the verdict [#113-5] of the jury; and the oral order entered by Judge Robert E. Blackburn as reflected in the courtroom minutes [#113] filed January 14, 2013, which verdict and order are incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the plaintiff, Crossroads Commercial Center, Ltd., LLLP, did not prove by a preponderance of the evidence all seven (7) essential elements of its claim for misrepresentation;

    2.  That the plaintiff, Crossroads Commercial Center, Ltd., LLLP, did not prove by a preponderance of the evidence all three (3) essential elements of its claim for negligence;

    3.  That **JUDGMENT IS ENTERED** in favor of the defendant, Val Simone, against

the plaintiff, Crossroads Commercial Center, Ltd., LLLP; and

  4.  That the defendant is **AWARDED** his costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

  DATED at Denver, Colorado, this 20th day of February, 2013.

          FOR THE COURT:

          JEFFREY P. COLWELL, CLERK

          By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk